JOHN H. WILSON v. ALFRED JOHNSON.

Where the defendant has not been served with process, it is error to render judgment against him. (Paschal's Dig., Art. 1508, Note 594.)

APPEAL from Grayson. The case was tried before Hon. NAT. M. BURFORD, one of the district judges.

The original petition was a suit against the maker of a note and the stake-holder, to recover the amount of a note for $250, won on a horse-race, and which the stake-holder refused to surrender and the maker to pay. On this petition a writ was issued on the 15th December, 1859, on which there was no return. On the 5th April, 1860, the plaintiff amended his petition, in which he averred the same facts, better describing the notes bet, the winning the race, his demand of the note from Butrige, the stake-holder, and that Wilson refused to pay. He also averred that in the arrangement he had agreed to credit Wilson's note with Sacra's debt to Wilson for $130, and to take Sacra for the amount, which was agreed to all round; but Wilson was proceeding to collect from Sacra, wherefore he made Sacra a party, and prayed for an injunction. A summons issued 5th April, 1860. Sacra was served with the

amended petition and the summons, but there was no service on Wilson or Butrige. The judgment recited that the defendants had been duly served, and there was judgment by default against Wilson and Butrige for the amount of the note and costs. Wilson prosecuted error, and assigned many errors, but not among them the want of service.

*H. G. Henriques,* for appellant, after taking various grounds, said the defendants had not been served.

No brief for the appellee has been furnished to the *Reporter.*

MORRILL, C. J.—The plaintiff in error assigns several errors, and has furnished an elaborate brief; but we deem it unnecessary to notice any except the last one mentioned, which is, that there was no service or appearance of defendants below. Because, therefore, it appears that the court did not have jurisdiction of the person of defendants, it is ordered that the judgment be reversed and the cause remanded.

REVERSED AND REMANDED.